MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
mlevy@wmllawlv.com
Attorney for Stephen Lloyd

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00133-APG-DJA |
| Plaintiff, | |
| vs. | |
| STEPHEN LLOYD, | |
| Defendant. | |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Jason M. Frierson, United States Attorney, through Melanee Smith, Assistant United States Attorney; and Defendant Stephen Lloyd, by and through his counsel, Monti Jordana Levy, Esquire, Wright Marsh & Levy, that the sentencing hearing currently scheduled for September 21, 2022, at 11:30 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for Defendant Lloyd's sentencing hearing. Defense counsel also requires additional time to meet with Mr. Lloyd and review documents, and prepare a sentencing memorandum.

2. The parties agree to the continuance. Mr. Lloyd is presently in custody and agrees to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the sentencing hearing.

Dated this 29th day of July, 2022.

Respectfully submitted:

| WRIGHT MARSH & LEVY | JASON M. FRIERSON<br>UNITED STATES ATTORNEY |
|---|---|
| BY  /s/ Monti Jordana Levy<br>   MONTI JORDANA LEVY, ESQUIRE<br>   Attorney for Richard Fred Dittmer, III | BY    /s/ Melanee Smith<br>   MELANEE SMITH<br>   Assistant U.S. Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEPHEN LLOYD, ) <br> Defendant. ) | CASE NO. 2:19-CR-00133-APG-DJA <br><br> **ORDER** |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for September 21, 2022, at 11:30 a.m., be vacated and continued to November 30, 2022, at 9:30 a.m. in Las Vegas Courtroom 6C.

DATED: August 1, 2022

_____
ANDREW P. GORDON
United States District Judge

3